**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MD-03193-MOORE**

FILED BY ___ D.C.
SEP 01 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**HEALTH GORILLA, INC., ET AL.,**
**DATA SECURITY BREACH**
**LITIGATION**

_______________________________ /

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Thomas A. Zimmerman, Jr., the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of state of Illinois.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Thomas A. Zimmerman, Jr |
| State Bar Number | IL Bar No. 6231944 |
| Firm Name | Zimmerman Law Offices, P.C. |
| Mailing Address | 7199 S. Kingery Highway, #1148 |
| Telephone Number | (312) 440-0020 |
| Email Address | tom@attorneyzim.com |

Attorney Signature: ______________________ Date: August 26, 2026

ZIMMERMAN LAW OFFICES, P.C.
7199 South Kingery Highway
Unit 1148
Willowbrook, Illinois 60527
Telephone (312) 440-0020
Facsimile (312) 440-4180
www.attorneyzim.com

August 26, 2026

United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

**Re:** *In re: Health Gorilla, Inc., et al. Data Security Breach Litigation*
*Case No. 1:26-md-03193-KMM*

Dear Clerk of Court:

Pursuant to the Order Setting Initial Conference entered on August 25, 2026, enclosed please find my executed *Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida.*

Thank you for your attention to this matter.

Sincerely,

*s/Thomas A. Zimmerman, Jr.*

Thomas A. Zimmerman, Jr.

TAZ/jz
Encl.

ZIMMERMAN LAW OFFICES, P.C.
7199 South Kingery Highway
Unit 1148
Willowbrook, Illinois 60527

S SUBURBAN IL 604
27 AUG 2026 PM 1 L

Freedom 250 USA FOREVER

REC'D BY______D.C.
AUG 31 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

33128-180199