**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MD-03193-MOORE**

In re:

**HEALTH GORILLA, INC., ET AL.,**
**DATA SECURITY BREACH**
**LITIGATION**

______________________________

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Marc H. Edelson, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of the State of New York and the Commonwealth of Pennsylvania.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Marc H. Edelson
State Bar Number: NY 2179646, PA 51834
Firm Name Edelson Lechtzin LLP
Mailing Address: 411 S. State Street, Suite N300, Newtown, PA 18940
Telephone Number : (215) 867-2399
Email Address: medelson@edelson-law.com

Attorney Signature: ______________________ Date: 9/10/26