**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**

Case No. 1:26-md-03193-KMM

In re:

HEALTH GORILLA, INC., ET AL.,
DATA SECURITY BREACH LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

/

**TRINITY HEALTH CORPORATION'S PRELIMINARY REPORT**

Defendant Trinity Health Corporation ("Trinity") submits this Preliminary Report pursuant to the Court's Order entered August 25, 2026 [ECF No. 20].

The following facts are alleged in the Class Action Complaint in *Pabon v. Trinity Health Corporation and Health Gorilla, Inc.*, Case No. 4:26-cv-10989. Plaintiff, Justina Pabon ("Plaintiff"), on behalf of a proposed nationwide class, alleges that her protected health information held by Trinity was accessed without authorization through the Health Gorilla, Inc. ("Health Gorilla") health information exchange platform, when entities onboarded by Health Gorilla obtained patient records under false treatment-purpose pretenses and exploited them for commercial gain. Plaintiff alleges that Trinity was notified of the potential disclosure on January 13, 2026, and began notifying patients, including Plaintiff, on March 13, 2026. Plaintiff alleges that as a result of the defendants' failures to exercise reasonable care in the vetting, monitoring, overseeing, and safeguarding of their patient data and exchange pathways at issue, Plaintiff's and the Class Members' sensitive personal and medical information was accessed by entities with no legitimate treatment purpose, and Plaintiff's the Class Members' experience and face spam,

attempted fraudulent activity, out of pocket expenses associated with the detection and recovery from identity theft and fraud, continued risk of and diminution of value to their private information, and anxiety and emotional distress. Plaintiff asserts four claims: negligence against both Trinity and Health Gorilla; breach of implied contract against Trinity; unjust enrichment against Trinity; and invasion of privacy for intrusion upon seclusion against Health Gorilla. Trinity denies all liability.

The principal legal and factual issues include but are not limited to the following: what Health Gorilla's onboarding and monitoring practices were and the extent to which Health Gorilla's alleged failures and the downstream entities' conduct were known to, or reasonably discoverable by, Trinity; what safeguards, contractual controls, and oversight mechanisms were in place to detect and respond to suspicious or anomalous access patterns affecting patient data; whether Trinity exercised reasonable oversight over the third-party health information exchange frameworks and partners through which Trinity's patient data was allegedly made accessible; the scope of any actual unauthorized access to Trinity patient data; whether Trinity owed and breached any duty to Plaintiff; whether Trinity's notification practices were adequate; whether Plaintiff's asserted injuries are sufficient to confer Article III standing; whether Plaintiff can establish the elements of breach of implied contract or, alternatively, unjust enrichment against Trinity, including whether the latter is barred by an adequate remedy at law and whether Plaintiff conferred an appreciable benefit to Trinity which is inequitable; and whether a nationwide class may be certified. This statement does not purport to identify every issue the case may present, and Trinity reserves all defenses.

Dated: September 14, 2026

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ J. Michael Paulino*
By: J. Michael Paulino, Esq.
Fla. Bar No. 1027918
*Attorneys for Trinity Health Corporation*
Miami Tower, 100 SE Second St., STE 3900
Miami, FL 33131

# **APPENDIX**

Trinity respectfully refers to the Appendix associated with Plaintiff's Preliminary Report, filed as ECF No. 30, for a list of all affiliated companies and counsel, pending motions, and related cases.