**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. 1:26-md-03193-KMM

In re:

HEALTH GORILLA, INC., ET AL.,
DATA SECURITY BREACH LITIGATION

---

THIS DOCUMENT RELATES TO ALL CASES.

_______________________________________________/

## ORDER SETTING INITIAL CONFERENCE

THIS CAUSE came before the Court upon the initial conference in the above-captioned matter. UPON CONSIDERATION of the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Parties shall promptly notify the Court with a filing on the docket if there are any updates as to the disposition of Epic Systems Corporation's Motion to Vacate the Conditional Transfer Order currently pending before the Judicial Panel on Multidistrict Litigation.
2. The Court sets the following schedule:
   a. Data Breach Plaintiffs' deadline to move to appoint interim class counsel is **September 24, 2026**.
   b. Data Breach Plaintiffs' deadline to file a consolidated complaint is **October 19, 2026**.
   c. Data Breach Plaintiffs' deadline to file a Proposed Case Management Order is **November 18, 2026.**

d. Defendants' deadline to answer or otherwise respond to the consolidated complaint is **December 21, 2026**.

3. The Court does not schedule another status conference at this time, but further status conferences will be held as directed by the Court. Not less than five (5) business days prior to the conference, the Parties shall submit a joint agenda that reports on the number of cases in the MDL and the number tagged for transfer, that lists all motions that have been fully briefed, and that identifies any issue that either or both Parties wish to raise with the Court. The Parties may submit at the same time separate statements of their positions on said issues. If the Parties agree that they would like the Court to take any action, the joint agenda shall so state. The agenda is intended to inform the Court of matters that the Parties desire to raise at the status conference, and the Court may amend or augment the agenda as it deems appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of September, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All Counsel of Record