**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-md-03193-KMM**

In re:

HEALTH GORILLA, INC., ET AL.,
DATA SECURITY BREACH LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
__________________________________________/

**NOTICE OF COMPLIANCE**

Plaintiffs, pursuant to the Court's instructions at the hearing held on September 17, 2026, hereby advise the Court that there has been no opposition from any counsel to the application by Jeff Ostrow of Kopelowitz Ostrow P.A., Mariya Weekes of Milberg PLLC, and Thomas A. Zimmerman, Jr. of Zimmerman Law Offices, P.C. to reaffirm their appointment as Interim Co-Lead Class Counsel. As such, attached hereto is a proposed Order Appointing Plaintiffs' Leadership for the Court's consideration.

Dated: September 24, 2026

Respectfully submitted,

By: */s/ Jeff Ostrow*________________
Jeff Ostrow (FBN 121452)
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

Mariya Weekes (FL Bar # 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Telephone: 786-879-8200
mweekes@milberg.com

Thomas A. Zimmerman, Jr. (*pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
7199 South Kingery Highway, #1148
Willowbrook, Illinois 60527
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com
Email: firm@attorneyzim.com

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*________________
Jeff Ostrow