**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MD-03193-MOORE**

In re:

**HEALTH GORILLA, INC., ET AL.,**
**DATA SECURITY BREACH**
**LITIGATION**

_________________________________
/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Jennifer Stegmaier, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Illinois.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand will abide by the Administrative Procedures governingnd, CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name Jennifer Stegmaier
State Bar Number 06256724
Firm Name Wilson Elser Moskowitz Edelman & Dicker LLP
Mailing Address 161 N. Clark, suite 4500, Chicago, Illinois 60601
Telephone Number 312-821-6167
Email Address jennifer.stegmaier@wilsonelser.com

Attorney Signature: ______________ Date: 9/25/2026